UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GERALD WILSON, | No. C 15-1686 LB |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| J. PRICE; et al., | |
| Defendants. | |

Gerald Wilson, an inmate at Calipatria State Prison, filed this *pro se* civil action, complaining of events and omissions that occurred at the Deuel Vocational Institution, where he was temporarily housed in September 2014.  The prison is located in San Joaquin County, within the venue of the Eastern District of California.  The defendants are employees at the prison and apparently reside within the venue of the Eastern District of California.  No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California.  Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: April 22, 2015

_____
LAUREL BEELER
United States Magistrate Judge

C 15-1686 LB
ORDER